AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

MICKEY J. GIBSON,

                        Plaintiff,

                  v.

WASHINGTON STATE UNIVERSITY, and University Officials to be identified, acting in their offical capacities,

                        Defendants

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-12-5118-TOR

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendant's Motion to Dismiss (ECF No. 8) is GRANTED. Plaintiff's claims are dismissed without prejudice.

January 2, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Virginia Reisenauer
*(By) Deputy Clerk*
Virginia Reisenauer